**Opinion issued July 1, 2025**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-25-00118-CV

————————————

**SHAMETERIA LADAY-WYBLE, Appellant**

**V.**

**MOMENTUM GENERATION PARK LLC, Appellee**

---

**On Appeal from the County Civil Court at Law No. 2**
**Harris County, Texas**
**Trial Court Case No. 1242573**

---

## MEMORANDUM OPINION

Appellant Shameteria Laday-Wyble has not timely filed a brief. *See* TEX. R. APP. P. 38.6(a) (governing time to file brief), 38.8(a) (governing failure of appellant to file brief). After being notified that this appeal was subject to dismissal, appellant did not adequately respond. *See* TEX. R. APP. P. 42.3(b) (allowing involuntary

dismissal of case).

Accordingly, we dismiss the appeal in accordance with Texas Rule of Appellate Procedure 42.3(b)-(c). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Caughey and Johnson.